JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, CAL-WESTERN RECONVYANCE COMPANY, and DOES 1 to 50, inclusive<br><br>    Defendants.<br>_____ | Case No.: CV 16-3653 DSF (FFMx)<br><br>JUDGMENT |

    The Court having granted a motion dismiss in favor of Wells Fargo Bank, N.A. with leave to amend, having issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having amended the complaint or responded to the Order to Show Cause in the time set by the Court,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed with prejudice as to Wells Fargo Bank, N.A. and without prejudice as to Cal-Western Reconveyance Company.

Dated: September 14, 2016             _____
                                                               Dale S. Fischer
                                                       United States District Judge